JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| VAN KEYSHONE ROLLEN, | Case No. 5:18-cv-01042-RGK-MAA |
|---|---|
| Petitioner, | |
| v. | **JUDGMENT** |
| M.E. SPEARMAN, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: March 18, 2021

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE